UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RANDY BAILEY, ) | |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | Case No. 4:09CV1206 JCH |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Movant Randy Bailey's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. §2255 is **DENIED**, and his claim is **DISMISSED** with prejudice.

Dated this 4th day of November, 2010.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE